*12-cr-00438-JLK-5*
*Sentencing*
*May 29, 2014*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Sandra Hartmann　　　　　　Date: May 29, 2014
Court Reporter: Mary George　　　　　　　　　　Probation: Richard Vaccaro
Interpreter: Marcela Salazar, sworn

Criminal Action No.: 12-cr-00438-JLK-5

*Parties:*　　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　　Mark Barrett

　　　Plaintiff,

v.

5.　　MOISES PAEZ,　　　　　　　　　　　　　David Owen

　　　Defendant.

## SENTENCING MINUTES

10:03 a.m. **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Government's oral motion pursuant to U.S.S.G. § 5K1.1 is granted.

Government's oral motion pursuant to U.S.S.G.§ 3E1.1 is granted.

Defendant's Motion For A Sentence Outside the Advisory Sentencing Guideline Range Based Upon the Factors Set Forth in Title 8 U.S.C. § 3553 (a) [277] is granted.

Comments and rulings by the Court.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

*12-cr-00438-JLK-5*
*Sentencing*
*May 29, 2014*

**IMPRISONMENT:**
Defendant is sentenced as to Count One of the Indictment.

Defendant is advised of the right to appeal.

**ORDERED: The appointment of CJA counsel, Mr. Owen shall continue as needed in this case.**

**ORDERED:** Defendant remanded.

**10:26 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 23 minutes