**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 12-cr-00438-JLK-5
Civil Action No. 15-cv-02148-JLK

USA,

    Plaintiff,

v.

MOISES PAEZ,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order, Docket Number 401, entered on September 30, 2015, by the honorable Judge John L. Kane, it is

ORDERED that the Motion to Vacate Pursuant to 28 U.S.C. § 2255 [Docket No. 400] is DENIED.  It is

FURTHER ORDERED that the civil action 15-cv-02148-JLK is dismissed.

 Dated at Denver, Colorado this 1st day of October, 2015.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                     By:  s/  J. Dynes
                              J. Dynes
                              Deputy Clerk